1  McGREGOR W. SCOTT
   United States Attorney
2  MATTHEW M. YELOVICH
   ROGER YANG
3  Assistant United States Attorneys
   501 I Street, Suite 10-100
4  Sacramento, CA 95814
   Telephone: (916) 554-2700
5  Facsimile: (916) 554-2900

6  Attorneys for Plaintiff
   United States of America

FILED

APR 24 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANTS CONCERNING: | CASE NOS: |
| 4400 Blackford Way, Sacramento, CA | 2:18-SW-0265 EFB, |
| 4525 Cedarwood Way, Sacramento, CA | 2:18-SW-0267 EFB, |
| 1 Rancho Torre Ct., Sacramento, CA | 2:18-SW-0268 EFB, |
| 4909 Winamac Dr., Sacramento, CA | 2:18-SW-0269 EFB, |
| 1 Brentford Cir., Sacramento, CA | 2:18-SW-0270 EFB, |
| 5371 Ontario Street, Sacramento, CA | 2:18-SW-0271 EFB, |
| 1701 Neihart Ave., Sacramento, CA | 2:18-SW-0272 EFB, |
| 4343 North Forty, Lincoln, CA | 2:18-SW-0273 EFB, |
| 5755 Twisting Trails Rd., Garden Valley, CA | 2:18-SW-0274 EFB, |
| 8775 McCourtney Rd., Lincoln, CA | 2:18-SW-0275 EFB |
| | [PROPOSED] ORDER TO UNSEAL SEARCH WARRANTS AND SEARCH WARRANT AFFIDAVITS |

Upon application of the United States of America and good cause having been shown,

///

///

1   IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, hereby
2   ordered unsealed.

3   Dated: 4/24/2019

    _____
    The Honorable Carolyn K. Delaney
    UNITED STATES MAGISTRATE JUDGE